**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JIMMIE D. BELK, | ) |
| Plaintiff, | ) Case No. 2:15-cv-00543-JCM-CWH |
| vs. | ) **ORDER** |
| FEDERAL GOVERNMENT, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiffs' Letter (doc. # 9), filed July 16, 2015.

On July 1, 2015, this matter was dismissed with prejudice because Plaintiff's complaint failed to state a viable claim for which he could request relief. See Doc. # 8. Plaintiff has now filed a letter, which appears to criticize the Court for dismissing the instant case, but it is unclear what Plaintiff is asking for and under what authority. See Doc. # 9. Because the instant case is closed, no further filings shall be accepted under this case number.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall accept no additional filings in this case.

DATED: July 16, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**